JPML Form 1
℗
Revised: 8/78

DOCKET NO. 602 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  In re Alleged Food Poisoning Incidents on British Airways in March, 1984

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Sept. 5, 1984 | TO | Unpublished | S.D. New York | Whitman Knapp | |

### Special Transferee Information

*(handwritten, illegible)*

*Raymond L. ...*
*FTS 662-9091*

DATE CLOSED: 2/2/87

DOCKET NO. 602  --In re Alleged Food Poisoning Incidents on British Airways in March, 1984

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Melissa Sutherland, a/k/a Mary Elizabeth Sutherland v. British Airways | S.D.N.Y. Knapp | 84 Civ.3561 | | | | |
| A-2 | Dr. Abdulrahman Al-Zamil v. British Airways, Inc. | D.C. Jackson | 84-1477 | 9/5/84 | 84-6-09 | 8/2/85 D | |
| B-3 | Margaret Jay v. British Airways, Inc. 9/26/84 | D.D.C. Greene | 84-1832(HHG) | | 85-2442 | 4/29/85 D | |
| B-4 | Andre Dahamny v. British Airways, Inc. 9/28/84 | C.D.Cal. Takasugi | 84-4664 RMT(Px) 10/12/84 | | 84-7772 | 10/31/86 D | dismissed? |
| B-5 | Philip L. Glass, et al. v. British Airways 10-25-84 | N.D.Ill. Kocoras | 84C-8642 | 11/13/84 | 84-8391 | 1/30/84 D | |
| B-6 | Brian Mathison, et al. v. British Airways, PLC 5/14/85 July 1985 5/14 5 re 1, XY2 | C.D.Cal Takasugi Tashima | CV85-1706-AWT (Gx) pending | 5-30-85 | 85-4318 | 10/31/86 D | |
| B-7 | Beatrice Berns, et al. v. British Airways OPPOSED 6/7/85 6/25/85 | C.D.Cal. Keller | 85-2678-WDK JRx) | 7-15-85 | 85-5714 | 11/17/86 | |
| B-8 | Greta Goodman, et al. v. British Airways 9-3-85 | C.D.Cal. Rymer | 85-3800-PAR(MCX) | 8/5/85 | 85-6636 | | |
| B-9 | Christine Michaelsen v. British Airways 9-31-85 | S.D.Cal. Keep | 85-0745-K (CM) | 8/5/85 | 85-6602 | 6/2/85 D | |
| B-10 | David H. Meid, et al. v. British Airways 11/12/85 | N.D.Cal. Henderson | 85-7662-TEH | 11-29-85 | 85-10032 | 11/2/86 | |

DOCKET NO. 602 -- Food Poisoning Incidents on British Airways in March 1984

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-11 | Christopher Moore v. British Airways | S.D.N.Y. | 85 Civ. 2551 | | | 5-14-85 D | |
| XYZ-12 | Ramzi Sanbar v. British Airways | S.D.N.Y. | 84 Civ 7580 | | | 10/31/86 D | |
| XYZ-13 | Rhonda Shearer Allen v. British Airways | S.D.N.Y. | 85 Civ 2545 | | | | |
| XYZ-14 | Elizabeth King v. British Airways | S.D.N.Y. | 85 Civ 4331 | | | 8/30/86 D | |
| XYZ-15 | John Abernathy v. British Overseas Airways | S.D.N.Y. | 85 Civ 6249 | | | 7 | |
| XYZ-16 | Jack B. Schper v. British Airways | S.D.N.Y. | 85 Civ 6720 | | | 11/12/86 | |
| B-17 | Thomas J. Ward, et al. v. British Airways 4-17-86 opposed 5/5/86 July 1986 - 5 TR/6 XYZ/5 Dis/12 Pdg. | D.MD Ramsey | R-86-776 | 5/5/86 5/21/86 | 86-6/6/ order lifting | | |
| B-18 | Patricia Dwyer, v. British Airways, 4-25-86 opposed 5/9/86 | N.D.Ill. Leinenweber | 86-C-2324 | | | | CTO Vacated 10-6-87 |
| B-19 | John M. Hovsepian, et al. v. British Airways 2/4/87 | D.Minn. MacLaughlin | 4-86-Civil-953 | 2/20/87 | 87-1548 | | |

July 1987 - 1 TR/13 Pdg [B-18 oppd]

July 1988 - 13 Dis/ Docket Closed

JPML FORM 1A

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

602
DOCKET NO. ~~688~~  --  IN RE ALLEGED FOOD POISONING INCCIDENTS ON BRITISH AIRWAYS
IN MARCH 1984

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/05/23 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- British Airways PLC -- SUGGESTED TRANSFEREE DISTRICT: S.D New York, SUGGESTED TRANSFEREE JUDGE: ?  (cds) |
| 84/06/01 |  | APPEARANCE -- Stephen J. Fearon, Esq. for British Airways; Richard B. Sobol, Esq. for Dr. Abdulrahman Al-Zamil (rew) |
| 84/06/07 |  | APPEARANCE -- David V. Soeiro for Milissa Sutherland (emh) |
| 84/06/07 | 2 | RESPONSE/BRIEF -- Pltf. Al-Zamil -- w/exhibits and cert. of svc. (emh) |
| 84/06/25 |  | HEARING ORDER -- Setting motion to transfer A-1 thru A-2 for Panel hearing in Boston, Massachusetts on Julyu 26, 1984 (emh) |
| 84/07/05 | 3 | LETTER/REQUEST -- British Airways PLC -- to ammend Schedule A to add two additional actions -- ADVISED ALL COUNSEL BY LETTER OF 7/5/84 REQUEST DENIED, ACTIONS WILL BE TREATED AS TAG-ALONGS IF CONSOLIDATION ORDERED  (cds) |
| 84/07/23 |  | HEARING APPEARANCES -- STEPHEN J. FEARON, ESQ. for rithis Airways MICHAEL LB. TRISTER, ESQ. for Dr. Abdulraham Al-Zamil (rh) |
| 84/08/30 | 4 | LETTER (re B-3 Jay) -- signed by Robert Case Liotta atty for Jay  (cds) |
| 84/09/05 |  | CONSENT OF TRANSFEREE DISTRICT for assignment of litigation to Hon. Whitman Knapp -- signed by Chief Judge Motley  (cds) |
| 84/09/05 |  | TRANSFER ORDER -- transfering A-2 to S.D.New York for assignment to the Honorable Whitman Knapp -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL, AND RECEPIENTS  (cds) |
| 84/09/26 |  | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-3 Margaret Jay v. British Airways, Inc., D. D.C., #84-1832-HHG -- NOTIFIED INVOLVED JUDGES AND COUNSEL  (cds) |
| 84/09/28 |  | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-4 Andre Dahamny v. British Airways, C.D.Cal., #CV84-4664-RMT(Px) -- NOTIFIED INVOLVED JUDGES AND COUNSEL  (cds) |
| 84/10/12 |  | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-3) Margaret Jay v. British Airways, Inc., D.D.C., #84-1832(HHG) -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |

JPML FORM 1A



## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 688 -- IN RE ALLEGED FOOD POISONING INCCIDENTS ON BRITISH AIRWAYS IN MARCH 1984

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/10/16 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-4 Andre Dahamny v. British Airways, C.D. California, C.A. No. C84-4664-RMT(Px).  Notified involved judges and counsel (rh) |
| 85/08/16 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-8 Greta Goodman, et al. v. British Airways, C.D. Cal., C.A. No. 85-3800-PAR(MCX) and B-9 Christine Michaelsen v. British Airways, S.D. Cal., C.A. No. 85-0745-K(CM) -- Notified involved judges and clerks (rh) |
| 84/10/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -B-5 Philip L. Glass, et al. v. British Airways, N.D. Illinois, C.A. No. 84C-8642. Notified involved counsel and judge (rh) |
| 84/11/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-5 Philip L. Glass, et al. v. British Airways, N.D. Illinois, C.A. No. 84-C-8642.  Notified involved clerks and judges.  (ds) |
| 85/05/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-6 Mathison, et al. v. British Airways, PLC, C.D. Calif., CV85-1706-AWT(Gx) -- NOTIFIED involved counsel and judges. (emh) |
| 85/05/30 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-6 Brian Mathison, et al. v. British Airways, PLC, C.D. California, C.A. No. CV85-1706-AWT(Gx) -- NOTIFIED INVOLVED JUDGES AND CLERKS (rh) |
| 85/06/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-7 Beatrice Berns, et al. v. British Airways, C.D. Cal., #85-2678-WDK (JRx) -- NOTIFIED INVOLVED JUDGES AND COUNSEL  (cds) |
| 85/06/25 | 5 | NOTICE OF OPPOSITION -- B-7 Beatrice Berns, et al. v. British Airways, C.D. California, C.A. No. 85-2678-WDK -- filed by pltfs. Beatrice Berns, et al. -- Notified involved counsel and judge.  (ds) |
| 85/07/15 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-7 Beatrice Berns, et al. v. British Airways, C.D. California, C.A. No. 85-2678-WDK(JRx) -- Notified involved counsel, judges and clerks (rh) |
| 85/07/31 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-8 Greta Goodman, et al. v. British Airways, C.D. California, C.A. No. 85-3800-PAR(MCX) and B-9 Christine Michaelsen v. British Airways, S.D. California, C.A. No. 85-0745-K(CM) -- Notified involved counsel and judge (rh) |

JPML FORM 1A                                                                    *p. 3*

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _~~888~~ 602_ IN RE ALLEGED FOOD POISONING INCCIDENTS ON BRITISH AIRWAYS IN
MARCH 1984

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/08/16 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-8 Greta Goodman, et al. v. British Airways, C.D. Cal., C.A. No. 85-3800-PAR(MCX) and B-9 Christine Michaelsen v. British Airways, S.D. Cal., C.A. No. 85-0745-K(CM) -- Notified involved judges and clerks (rh) |
| 85/11/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-10 David H. Meid, et al. v. British Airways, N.D. Calif., C.A. No. 85-7662-TFH -- Notified involved counsel and judges (ds) |
| 85/11/29 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-10 David H. Meid, et al. v. British Airways, .d. CAL., C.A. No. 85-7662-TFH -- Notified involved judges and clerks (rh) |
| 86/04/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-17 Thomas J. Ward, et al. v. British Airways, D. Maryland, C.A NO. R-86-776 -- Notified involved counsel and judges (rh) |
| 86/04/24 | | APPEARANCE -- Sheldon H. Klein for Thomas J. Ward (tmq) |
| 86/04/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-18 Patricia Dwyer, v. British Airways, N.D. Illinois, C.A. No. 86-C-2324 NOTIFIED INVOLVED JUDGES AND COUNSEL. (paa) |
| 86/05/05 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-17 Thomas Ward, et l. v. British Airways, D. Maryland, C.A. No. R-86-776 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) --- SEE DOCKET ENTRY BELOW --- |
| 86/05/05 | 6 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (B-17) Thomas J. Ward, et al. v. British Airways, D. Md., C.A. No. R-86-776 -- pltf. Thomas J. Ward, et al. -- Notified involved judges and counsel -- NOTE: THIS OPPOSITION WAS RECEIVED AFTER STAY WAS LIFTED.  THE PANEL WAS ABLE TO CONTACT S.D. NEW YORK AND THEY RETURNED THE ORDER TO THE PANEL WITHOUT FILING IT (cds) |
| 86/05/09 | 7 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (B-18) Patricia Dwyer v. British Airways, N.D. Ill., C.A. No. 86-C-2324 -- pltf. Patricia Dwyer -- Notified involved judges and counsel  (cds) |
| 86/05/21 | 8 | LETTER WITHDRAWING NOTICE OF OPPOSITION IN B-17 WARD - signed by Sheldon H. Klein, Esq. counsel for pltf. (cds) |
| 86/05/21 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-17 Thomas J. Ward, et al. v. British Airways, D. Maryland, C.A. No. R-86-776 -- Notified involved judges, clerks and counsel (cds) |

JPML FORM lA

P.4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 602 -- In re Alleged Food Poisoning Incidents on British
                    Airways in March 1984

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/05/29 | 9 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER, W/NOTICE OF FILING, EXHIBITS A-C -- B-18 Patrica Dwyer v. British Airways, N.D. Ill., C.A. No. 86-C-2324 -- pltf. Dwyer -- w/cert. of service  (cds) |
| 86/06/16 | 10 | RESPONSE/BRIEF -- (to pldg. #10) British Airways -- w/cert. of svc. (rh) |
| 86/06/20 | | HEARING ORDER -- Setting opposition of plaintiff Patricia Dwyer to transfer of B-18. Notified involved counsel, clerks and judges (tmq)  7/24/86, Buffalo, New York |
| 86/06/23 | 11 | REPLY BRIEF -- (to pldg. #10) Patricia Dwyer -- w/cert. of svc. (rh) |
| 86/07/10 | 12 | REQUEST FOR POSTPONEMENT OF HEARING -- July 24, 1986 -- Plaintiff Patricia Dwyer -- w/certificate of service.  (paa) |
| 86/07/22 | | WAIVERS OF ORAL ARGUMENT -- ALL WAIVED (hearing for July 24, 1986) (rh) |
| 86/08/06 | | ORDER DEFERRING DECISION -- re Patricia Dwyer until court in N.D. Ill. rules on matter before it  -- NOTIFIED INVOLVED JUDGES, COUNSEL & CLERKS.  (paa) |
| 87/02/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-19 John M. Hovsepian, et al. v. British Airways, D. Minnesota, C.A. No. 4-86-Civil-953 -- NOTIFIED INVOLVED JUDGES AND COUNSEL. (paa) |
| 87/02/20 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-19 John M. Hovsepian, et al. v. British Airways, D. Minnesota, C.A. No. 4-86-Civ-953 -- Notified involved judges and clerks. (tmq) |
| 87/10/06 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-18 Patricia Dwyer v. British Airways, N.D. Illinois, C.A. No. 86-C-2324 -- Notified involved judges, clerks and counsel (rh) |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 602 --  In Re Alleged Food Poisoning Incidents on British Airways

in March, 1984

| LIAISON COUNSEL FOR PLAINTIFFS | BRITISH AIRWAYS |
|---|---|
| Robert M. Callaghy, Esquire | Stephen J. Fearon, Esquire |
| Satterlee & Stephens | Condon & Forsyth |
| 230 Park Avenue | 1251 Avenue of the Americas |
| New York, New York  10169 | New York, New York  10020 |

JPML FORM 2A -- Continuation ⊕

Counsel of Record -- p. 2

DOCKET NO. 602 -- IN RE ALLEGED FOOD POISONING INCIDENTS ON BRITISH AIRWAYS
IN MARCH 1984

BRITISH AIRWAYS
Stephen J. Fearon, Esquire
Condon & Forsyth
1251 Avenue of the Americas
New York, New York  10020

MELISSA SUTHERLAND   (A-1)
David V. Soeiro, Esquire
Brewer & Soerio
799 Broadway, Suite 441
New York, New York  10003

DR. ABDULRAHMAN AL-ZAMIL   (A-2)
Richard B. Sobol, Esquire
Abourezk, Sobol & Trister   *dis'd*
21 Dupont Circle, N.W., Ste. 400
Washington, D.C.  20036

MARGARET JAY   (B-3)
Robert Case Liotta, Esquire   *dis'd*
1729 Twenty-First St., N.W.
Washington, D.C. 20009

ANDRE DAHAMNY   (B-4)
Kenneth A. Satin & Associates
550 Newport Center Drive
Suite A
Newport Beach, California  92660

PHILIP L. GLASS, ET AL.   (B-5)
Michael J. Freed, Esquire
Much, Shelist, Freed, Denenbery   *dis'd*
    Ament & Eiger
135 South LaSalle St. Ste., 2323
Chicago, Illinois  60603

BRITISH AIRWAYS, Plc.   (Deft. B-18)
J. Robert Geiman, Esquire
Peterson, Ross, Schloerb & Seidel
200 E. Randolph Drive, £7300
Chicago, Illinois  60601

BRIAN MATHISON, ET AL.   (B-6)
Kenneth A. Satin & Associates
1001 Dove Street
Newport Beach, California  92660

BEATRICE BERNS, ET AL.   (B-7)
June Adler, Esquire
18915 Nordhoff Street
Northridge, California  91324

GRETA GOODMAN, ET AL.   (B-8)   *dis'd*
CHRISTINE MICHAELSEN   (B-9)
Randal T. Mason, Esquire
Daniel T. Broderick, III, Esq.
401 West A Street, Ste. 1200
San Diego, California  92101

DAVID H. MEID, ET AL.   (B-10)
Needham & Hull
870 Market Street, Ste., 900
San Francisco, California  94102

THOMAS J. WARD, ET AL. (B-17)
Sheldon H. Klein, Esquire
Ward, Lazarus, Grow & Cihlar
1711 N Street, N.W.
Washington, D.C.  20036

PATRICIA DWYER   (B-18)
Robert J. Quinn, Esq.
Segal, McCambridge, Singer
   & Mahoney, Ltd.
111 west Washington Street
Suite 855 -- 8th Floor
Chicago, IL  60602

JPML FORM 2A -- Continuation

Counsel of Record -- p._____

DOCKET NO. _602_ -- IN RE ALLEGED FOOD POISONING INCIDENTS ON BRITISH AIRWAYS
                     IN MARCH 1984

| | |
|---|---|
| JOHN M. HOVSEPIAN, ET AL. (B-19)<br>Stuart L. Goldenberg, Esq.<br>Goldenberg & Goldenberg<br>701 Fourth Avenue South<br>Suite 500<br>Minneapolis, Minnesota  55415 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 602 -- In re Alleged Food Poisoning Incidents on British Airways in March, 1984

| Name of Party | Named as Party in Following Actions |
|---|---|
| British Airways | A-1, A-2, B-3, B-5, B-6, B-7, B-8, B-9 -B-10; B-17; B-18; B-19, |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |